JOHN HAYES, Respondent, *v.* GEORGE W. CARR, Impleaded, etc., Appellant.

(Submitted October 2, 1888; decided October 16, 1888.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 13, 1888, which affirmed an order of Special Term suspending the lien of the judgment herein on appeal.

*George W. Carr,* appellant, in person.

*Samuel J. Crooks* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

ELIZABETH PATTERSON, Appellant, *v.* JANE W. McCUNN et al., Respondents.

(Argued October 2, 1888; decided October 16, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 13, 1888, which affirmed an order of Special Term denying a motion on the part of James M. Gano, as administrator, to be made a party defendant, etc.

*Lewis Sanders* for appellant.

*S. Jones* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.